IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

RONALD L. RIBBLE                                                                                        PLAINTIFF

V.                                              CASE NO. 05-CV-1122

ALCOA, INC.                                                                                              DEFENDANT

## ORDER

    Before the Court is a Motion to Stay Proceedings and Compel Arbitration filed by Defendant Alcoa, Inc. (Doc. 12). Plaintiff Ronald Ribble has responded. (Doc. 18). Alcoa has replied to Ribble's response. (Doc. 21). The Court finds that this matter is ripe for consideration. For reasons discussed in the Memorandum Opinion of even date, the Court finds that Alcoa's Motion to Stay Proceedings and Compel Arbitration should be and hereby is **GRANTED**.

    **IT IS SO ORDERED**, this 15th day of March, 2007.

                                                                          /s/ Harry F. Barnes
                                                                       Hon. Harry F. Barnes
                                                                       United States District Judge